# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 0293

VERSUS

TOLBERT MORRIS                                        **JUNE 21, 2022**

---

In Re:     Tolbert Morris, applying for supervisory writs, 23rd
           Judicial District Court, Parish of Ascension, No.
           27,652.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

    **WRIT DENIED.**

                    **VGW**
                    **JMG**
                    **EW**

COURT OF APPEAL, FIRST CIRCUIT

*a.SnO*
---
DEPUTY CLERK OF COURT
     FOR THE COURT